### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

E-NOMADS SRL

                      Plaintiff,

v.                               Case No.: 2:21-cv-337

LINGXIAN (GUANGZHOU )
TECHNOLOGY CO., LTD.

                      Defendant

### MOTION FOR ENTRY OF DEFAULT JUDGMENT AND INJUNCTION

Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff E-Nomads SRL ("Plaintiff"), respectfully moves for entry of default judgment against defendant Lingxian (Guangzhou) Technology Co., Ltd. ("Defendant") with an Order enjoining any online marketplaces where Lingxian does business and the funds handlers who facilitate transactions on those marketplaces, such as Amazon, eBay, PayPal, Payoneer, or Facebook from transferring or disposing of any money or other of Defaulting Defendant's assets.

A memorandum in support and proposed Order are attached.

Dated: September 24, 2021        Respectfully submitted,

                                  /s/Lance G. Johnson
                                  Lance G. Johnson, VA 27929
                                  Johnson Legal PLLC
                                  12545 White Drive
                                  Fairfax, Virginia 22030
                                  (202) 445-2000
                                  Docketing@lgjlegal.com

                                  *Attorney for Plaintiff*